Joseph B. Gilbert, appellant, v. Reywal Building Corporation and Lawyers Building Corporation, appellees. Gen. No. 37,501.

Opinion filed November 5, 1934.

Joseph B. Gilbert, *pro se.* Wind & Wind, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Nellie Lohman, appellee, v. Reinhold Nelson, appellant. Gen. No. 37,514.

O'Connor, P. J., dissenting. Opinion filed November 5, 1934.

John A. Bloomingston, for appellant. Wright & Kamin, for appellee; Alfred Kamin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Margaret Colton, appellee, v. Reinhold Nelson, appellant. Gen. No. 37,515.

O'Connor, P. J., dissenting. Opinion filed November 5, 1934.

John A. Bloomingston, for appellant. Wright & Kamin, for appellee; Alfred Kamin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Jewell Newman, appellee, v. Reinhold Nelson, appellant. Gen. No. 37,516.

O'Connor, P. J., dissenting. Opinion filed November 5, 1934.

John A. Bloomingston, for appellant. Wright & Kamin, for appellee; Alfred Kamin, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Lottie Austern, appellee, v. Mandel Brothers, Inc., appellant. Gen. No. 37,528.

Opinion filed November 5, 1934.

Altheimer, Mayer, Woods & Smith, for appellant; A. B. Manion, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.